## IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## NORTHERN DIVISION

**STEPHANIE KNOX**                                          **PETITIONER**
**ADC #712842**

v.                                  No. 3:24-cv-122-DPM

**DEXTER PAYNE, Director, Arkansas**
**Division of Correction**                              **RESPONDENT**

### ORDER

1.      The Court withdraws the reference.

2.      In an earlier Order, Magistrate Judge Ervin directed Knox to either pay the $5 filing fee or complete an application to proceed *in forma pauperis*. *Doc. 2*. Knox hasn't done either; and the time to do so has now passed. Knox's petition will therefore be dismissed without prejudice. LOCAL RULE 5.5(c)(2). An *in forma pauperis* appeal of this Order and accompanying Judgment would not be taken in good faith. 28 U.S.C. § 1915(a)(3).

So Ordered.

_____
D.P. Marshall Jr.
United States District Judge

_____
3 September 2024