# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## NORTHERN DIVISION

**STEPHANIE KNOX**  PETITIONER
**ADC #712842**

V.  No. 3:24-CV-122-DPM

**DEXTER PAYNE, Director, Arkansas**
**Division of Correction**  RESPONDENT

## JUDGMENT

Knox's petition is dismissed without prejudice.

_____
D.P. Marshall Jr.
United States District Judge

3 September 2024